IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL KRAMER,<br>    Plaintiff,<br><br>vs.<br><br><br><br>THE CITY OF NEW KENSINGTON; THE NEW KENSINGTON POLICE DEPT.; ANTHONY GRILLO, in their individual Capacities; RUSSELL BAKER, in their Individual and official capacities; GARY SCHUBERT, in their individual and official capacities; WILLIAM WEBER, *Arnold Police Dept.; in their individual and official capacities;* ARNOLD POLICE DEPT.,<br>    Defendants. | Civil Action No. 13-606<br><br>District Judge Joy Flowers Conti<br>Magistrate Judge Cynthia Reed Eddy<br><br><br>Re: ECF No. 70 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 29, 2013, the above captioned case was filed in this Court and was referred to a Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court for Magistrate Judges.

On August 19, 2014, United States Magistrate Judge Cynthia Reed Eddy issued her Report and Recommendation in which she recommended denial of Plaintiff's motion for injunctive relief at (ECF No. 65). The parties had until September 5, 2014 to file Objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the Court adopts the Report and Recommendation as the Opinion of the Court and accepts Magistrate Judge Eddy's recommendation.

Accordingly,

**AND NOW**, this 24th day of October, 2014, Plaintiff's Motion for Injunctive Relief (ECF No. 65) is **HEREBY DENIED**.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc: all ECF registered counsel